No. 289. YENOWINE ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. C. A. 6th Cir. Certiorari denied. Petitioners *pro se.* *Joe H. Taylor* for respondent.

No. 292. PRIMROSE SUPER MARKET OF SALEM, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *William F. Joy* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 293. SHERMAN ET AL., DBA LIVERNOIS AUTO PARTS v. GOERLICH'S, INC., ET AL. C. A. 6th Cir. Certiorari denied. *Harry S. Stark* for petitioners. *Fred A. Smith* for respondent Goerlich's, Inc.

No. 295. WINN-DIXIE STORES, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *O. R. T. Bowden* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 296. BANKERS BOND Co., INC., ET AL. v. ALL STATES INVESTORS, INC., ET AL. C. A. 6th Cir. Certiorari denied. *Wilbur Fields* for petitioners. *Gavin H. Cochran* and *Royal H. Brin, Jr.*, for All States Investors, Inc., and *Henry J. Stites* for Dunne et al., respondents.

No. 297. J. A. TOBIN CONSTRUCTION Co. ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *F. Philip Kirwan* for petitioners. *Solicitor General Cox, Assistant Attorney General Weisl* and *S. Billingsley Hill* for the United States.